IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICKIE LEE CLOY,        )<br>     Plaintiff,           )<br>                              )<br>v.                           )<br>                              )<br>TRACY BOUTWELL, HUEY "HOSS"  )<br>MACK, and MATTHEW SEYMORE,   )<br>     Defendants.        ) | CIVIL ACTION NO. 12-00718-KD-N |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 52) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 22, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Huey "Hoss" Mack's motion for summary judgment (Docs. 40, 41, 46) is **GRANTED** and that all claims against him are **DISMISSED with prejudice**. It is further **ORDERED** that all claims against Defendants Matthew Seymore and Tracy Boutwell are **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(iii), as they are immune from damages in this action.

**DONE** and **ORDERED** this the 15th day of January 2015.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**